United States District Court
Southern District of Texas
**ENTERED**
March 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HUGO E SARABIA, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> COLIMAR, INC. dba COLIMAR § <br> INTERNATIONAL LOGISTICS, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 7:17-CV-282 |

## ORDER ON JOINT STIPULATION OF DISMISSAL AS TO COLIMAR, INC. D/B/A/ COLIMAR INTERNATIONAL LOGISTICS

After considering the Joint Stipulation of Dismissal as to Colimar, Inc. d/b/a Colimar International Logistics, the Court GRANTS the stipulation and dismisses Colimar, Inc. d/b/a Colimar International Logistics from this case without prejudice.

SO ORDERED this 27th day of March, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge