H:\ljg\30555073\20 Stipulation of Dismissal.docx
07/05/18- LJG/bgg

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| HUGO E. SARABIA | § | |
| | § | |
| v. | § | CASE NUMBER 7:17-cv-282 |
| | § | |
| COLIMAR, INC. D/B/A | § | |
| COLIMAR INTERNATIONAL LOGISTICS, | § | |
| SERGIO BLANCAS MONTES AND | § | |
| CORNELIOS TRUCKING | § | |
| REFRIGERADOS SA DE CV | § | |

### STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff HUGO E. SARABIA and files this his Stipulation of Dismissal With Prejudice of Claims Against SERGIO BLANCAS MONTES AND CORNELIOS TRUCKNG REFRIGERADOS SA DE CV pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and shows the following:

1. The Plaintiff hereby stipulates that all matters in controversy have been resolved and accordingly, this case shall be dismissed with prejudice against SERGIO BLANCAS MONTES AND CORNELIOS TRUCKNG REFRIGERADOS SA DE CV.

Respectfully submitted,

CHRIS FRANZ
State Bar No. 00792514
GIL P. PERALEZ
State Bar No. 00791426
PERALEZ FRANZ L.L.P.
1416 Dove Ave.
McAllen, Texas 78504
Telephone:    (956) 682-3660
Facsimile:    (956) 682-3848

*ATTORNEYS FOR PLAINTIFF*

1

*AGREED:*

_____
b. Pettersen w/permission
                    CGF
LARRY J. GOLDMAN
State Bar No. 08093450
Federal ID No. 341
GREGORY J. PETERSON
State Bar No. 24057580
**GOLDMAN & PETERSON, PLLC**
10100 Reunion Place, Suite 800
San Antonio, Texas 78216
Telephone: (210) 340-9800
Facsimile: (210) 340-9888

*ATTORNEYS FOR DEFENDANT,
CORNELIOS TRUCKING REFRIGERADOS
SA DE CVAND SERGIO BLANCA MONTES*